# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI

PAULINA A. (MUELLER) SIGNORELLI,       )
                                        )   Chapter 7 Case No: 15-46309-659
           Debtor.                      )

## MEMORANDUM

    COMES NOW Douglas Mueller/Creditor and withdraws his objection filed on November 19, 2015 in the Chapter 7 Bankruptcy of Paulina Signorelli, for the reason that Creditor Mueller has previously filed an Adversary Proceeding in which he objected to the dischargeability of the debts in issue under Adversary Cause No: 15-04218 and will litigate those issues in said proceeding.

    Respectfully submitted,

    MARTIN, MALEC & LEOPOLD, P.C.

    */s/ Heidi L. Leopold* _____
    Heidi L. Leopold – No: 40473 – No: 46290
    John Malec – No: 31683 – No: 3731
    1007 Olive Street, 5th Floor
    St. Louis, MO 63101
    (314) 231-3323
    (314) 231-6739-fax
    hleopold@mmllawyers.com
    jmalec@mmllawyers.com

## CERTIFICATE OF MAILING/ECF FILING

    The undersigned certifies that the signed original of this document is maintained in the file, and that the foregoing was filed on the 24th day of November, 2015, electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system (ECF) upon the following:

Amanda M. Basch
Michael A. Becker
Waltrip & Schmidt
8151 Clayton Road - #200
St. Louis MO 63117
mab@mabeckerlaw.com
*Attorneys for Debtor*

    */s/ Heidi L. Leopold  - /s/ John Malec*