UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 15-46309-659 |
| | ) | Chapter 7 |
| Paulina Signorelli, | ) | |
| | ) | MOTION FOR EXTENSION OF TIME TO |
| Debtor. | ) | OBJECT TO DISCHARGE UNDER 11 USC 727 |

COMES NOW Mary E. Lopinot, duly appointed, qualified and acting Trustee in Bankruptcy herein and for her Motion for an extension of time to object to Debtor's discharge under 11 U.S.C. 727, states as follows:

1.      This case was filed on August 21, 2015.

2.      The Trustee's deadline to file an objection to Debtor's discharge under 11 U.S.C. 727 is November 24, 2015.

3.      On November 19, 2015, Trustee became aware of newly asserted allegations regarding undisclosed assets and income of Debtor.

4.      Trustee respectfully requests the Court to extend the deadline for Trustee's objection to discharge for thirty (30) days, to enable Trustee to investigate the allegations of undisclosed assets and to conduct other inquiry necessary to the effective administration of this case.

5.      Extension of the Trustee's deadline to object to discharge will not unduly burden or prejudice the Debtor.

WHEREFORE Trustee prays that the Court extend the Trustee's deadline for filing an objection to Debtor's discharge under Section 727 for thirty (30) days; and for such other and further relief as the Court deems just.

MARY E. LOPINOT, TRUSTEE

By: /s/ Mary E. Lopinot
          Mary E. Lopinot #47720
          P.O. Box 16025
          St. Louis, MO 63105
          (314) 421-2325
          meltrustee@mmrltd.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 24, 2015, a true and correct copy of the foregoing was served by U.S. First Class mail, postage prepaid, upon the following person(s):

Amanda M. Basch
8151 Clayton Road, Suite 200
Clayton, MO 63117

Paulina Signorelli
3163 Garden Hill Lane
St. Louis, MO 63139

and all other persons requesting electronic notice in this case.

/s/ Mary E. Lopinot